UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CONSTANCE MOGULL, individually and on behalf
of all others similarly situated,

                                  Case No 21-cv-03521 (VB)

                Plaintiff,

    - against -                                 **NOTICE OF MOTION**

PETE AND GERRY'S ORGANICS, LLC,

                Defendant.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Complaint and the accompanying Memorandum of Law, the undersigned will move this Court, at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, before the Honorable Vincent L. Briccetti, on a date to be determined by the Court, for an Order: (a) pursuant to Rule 12(b)(6), F. R. Civ. P., dismissing the Complaint and each count thereof for failure to state a claim upon which relief can be granted; (b) pursuant to Rule 26(c), F. R. Civ. P., staying discovery pending the adjudication of this motion; and (c) granting movant costs, fees and such other and further relief as is just and proper.

Dated:  New York, New York
          May 18, 2021

                                            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                            /s/ Peter T. Shapiro
                                            Peter T. Shapiro, Esq.
                                            77 Water Street, Suite 2100
                                            New York, New York  10005
                                            212-232-1300
                                            Peter.Shapiro@lewisbrisbois.com

                                            Nathan R. Fennessy, Esq. (to be admitted *pro hac vice*)
                                            Preti Flaherty PLLP
                                            P.O. Box 1318
                                            Concord, NH 03302
                                            nfennessy@preti.com
                                            603-410-1500

                                            *Attorneys for Defendant*

TO: Yitchak Kopel
Scott A. Bursor
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
ykopel@bursor.com
scott@bursor.com
*Attorneys for Plaintiff*

4810-8990-4874.1

## **CERTIFICATE OF SERVICE**

      Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on May 18, 2021, he caused the Notice of Motion to be filed and served by ECF.

                                                  /s/ Peter T. Shapiro
                                                     Peter T. Shapiro

4810-8990-4874.1