UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CONSTANCE MOGULL, individually and on behalf
of all others similarly situated,

                                                      Case No 21-cv-03521 (VB)

                Plaintiff,

      - against -                            **NOTICE OF MOTION**

PETE AND GERRY'S ORGANICS, LLC,

                Defendant.
---------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the First Amended Complaint and the accompanying Memorandum of Law, the undersigned will move this Court, at The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, Courtroom 620, before the Honorable Vincent L. Briccetti, on a date to be determined by the Court, for an Order: (a) pursuant to Rule 12(b)(6), F. R. Civ. P., dismissing the First Amended Complaint and each count thereof for failure to state a claim upon which relief can be granted; (b) pursuant to Rule 26(c), F. R. Civ. P., staying discovery pending the adjudication of this motion; and (c) granting movant costs, fees and such other and further relief as is just and proper.

Dated:  New York, New York
            June 29, 2021

                                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                              /s/ Peter T. Shapiro
                                              Peter T. Shapiro, Esq.
                                              77 Water Street, Suite 2100
                                              New York, New York  10005
                                              212-232-1300
                                              Peter.Shapiro@lewisbrisbois.com

4835-5977-7776.1

**PRETI FLAHERTY BELIVEAU & PACHIOS PLLP**
Nathan R. Fennessy, Esq. (Admitted P*ro Hac Vice*)
P.O. Box 1318
Concord, NH 03302
603-410-1500
nfennessy@preti.com

*Attorneys for Defendant*

TO: Yitchak Kopel
Scott A. Bursor
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
ykopel@bursor.com
scott@bursor.com
*Attorneys for Plaintiff*

4835-5977-7776.1

## CERTIFICATE OF SERVICE

      Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on June 29, 2021, he caused the Notice of Motion to be filed and served by ECF.

                                                   /s/ Peter T. Shapiro
                                                       Peter T. Shapiro