UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSTANCE MOGULL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETE AND GERRY'S ORGANICS, LLC,<br><br>Defendant. | Civil No. 7:21-cv-03521-VB<br><br>District Judge Vincent L. Briccetti<br>Courtroom 620 |

4/12/23

## [+ORDER] STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE TO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff Constance Mogull and Defendant Pete and Gerry's Organics, LLC, by and through their respective attorneys, HEREBY STIPULATE AND AGREE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety with prejudice.

Dated: April 11, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *Y. Kopel*

Yitzchak Kopel
888 Seventh Avenue
New York, NY  10019
Tel: 646/837-7150
212/989-9163 (fax)
ykopel@bursor.com

*Attorney for Plaintiff*

1

Dated: April 11, 2023

**KIRKLAND & ELLIS LLP**

By: /s/ Rachel Fritzler
Rachel M. Fritzler
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 390-4020
Email: rachel.fritzler@kirkland.com

*Attorney for Defendant Pete and Gerry's Organics, LLC*

So Ordered:

/s/ Vincent Briccetti
U.S.D.J.
4/12/2023